FELICE JOHN VITI, Acting United States Attorney (#7007)
RYAN N. HOLTAN, Special Assistant United States Attorney (#13244)
MARIA D. MOOERS-PUTZER, Assistant United States Attorney (#14730)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 19 '25 PM02:17

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISANTOS JAVIER SOTELO-VALENCIA,<br><br>Defendant | INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1) and § 846 Conspiracy to Distribute Fentanyl<br><br>COUNT 2: 21 U.S.C. § 841(a)(1) and § 846 Conspiracy to Distribute Heroin<br><br>COUNT 3: 21 U.S.C. § 841(a)(1) and § 846 Conspiracy to Distribute Cocaine<br><br>COUNT 4: 21 U.S.C. § 841(a)(1) and § 846 Conspiracy to Distribute Methamphetamine<br><br>COUNT 5: 18 U.S.C. § 1956(h) Conspiracy to Launder Money |

Case: 2:25-cr-00056
Assigned To : Sam, David
Assign. Date : 2/18/2025

The Grand Jury charges:

**COUNT 1**
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Fentanyl)

Beginning on a date unknown, but not later than March 7, 2023, and continuing through at least July 11, 2024, in the District of Utah and elsewhere,

CRISANTOS JAVIER SOTELO-VALENCIA,

defendant herein, did knowingly and intentionally conspire with others known and unknown to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Heroin)

Beginning on a date unknown, but not later than March 7, 2023, and continuing through at least July 11, 2024, in the District of Utah and elsewhere,

CRISANTOS JAVIER SOTELO-VALENCIA,

defendant herein, did knowingly and intentionally conspire with others known and unknown to distribute one kilogram or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance within the meaning of 21

U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 3**
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Cocaine)

Beginning on a date unknown, but not later than March 7, 2023, and continuing through at least July 11, 2024, in the District of Utah and elsewhere,

CRISANTOS JAVIER SOTELO-VALENCIA,

defendant herein, did knowingly and intentionally conspire with others known and unknown to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 4**
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown, but not later than March 7, 2023, and continuing through at least July 11, 2024, in the District of Utah and elsewhere,

CRISANTOS JAVIER SOTELO-VALENCIA,

defendant herein, did knowingly and intentionally conspire with others known and unknown to distribute five hundred (500) grams or more of a mixture or substance

containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 5**
18 U.S.C. § 1956(h)
(Conspiracy to Launder Money)

Beginning on a date unknown, but not later than March 7, 2023, and continuing through at least July 11, 2024, in the District of Utah and elsewhere,

CRISANTOS JAVIER SOTELO-VALENCIA,

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to commit the following offenses against the United States of America in violation of 18 U.S.C. § 1956:

(a) to knowingly conduct and attempt to conduct financial transactions, affecting interstate or foreign commerce, which involved the proceeds of a specified unlawful activity, specifically, the illegal distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(l) & 846, with the intent to promote the carrying on of specified unlawful activity, that is, the illegal distribution of controlled substances, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §§ 1956(h) & 1956(a)(l)(A)(i);

(b) to knowingly conduct and attempt to conduct financial transactions, affecting interstate or foreign commerce, which involved the proceeds of specified unlawful activity, specifically, the unlawful distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(l) & 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §§ 1956(h) & 1956(a)(1 )(B)(i);

(c) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer funds from a place in the United States, that is the State of Utah, to and through a place outside the United States, that is Mexico, or to a place in the United States from or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is, the unlawful distribution of a controlled substance in violation of 21 U.S.C. §§ 841(a)(l) & 846, all in violation of 18 U.S.C. §§ 1956(h) & 1956(a)(2)(A); and,

(d) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer funds from a place in the United States, that is the State of Utah, to and through a place outside the United States, that is Mexico, and knowing that the monetary instruments or funds involved in the transportation, transmission, and transfer represented the proceeds of

some form of unlawful activity, that is, the unlawful distribution of a controlled substance in violation of 21 U.S.C. §§ 841(a)(l) & 846 and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity; all in violation of 18 U.S.C. §§ 1956(h) & 1956(a)(2)(B)(i).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

Ryan N. Holtan
Special Assistant United States Attorney