# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

v.

Case No: 2:25-cr-00056-001 DS

**SEALED**

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) CRISANTOS JAVIER SOTELO-VALENCIA,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information
[ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE/Conspiracy to Distribute Fentanyl**
**NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE/Conspiracy to Distribute Heroin**
**NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE/Conspiracy to Distribute Cocaine**
**CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE/Conspiracy to Distribute Methamphetamine**
**MONEY LAUNDERING - FEDERAL STATUTES, OTHER**

in violation of **21 U.S.C. 841(a)(l)and 846-Four Counts and 18:1956(h)** United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

February 19, 2025 at Salt Lake City, Utah
Date and Location

By: Jennifer Jensen
Generalist Clerk

United States District Court WARRANT District of Utah

Bail fixed ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |