Paul Tsosie (#9468)
Tsosie Law, PLLC.
8977 S 1300 W #2101
West Jordan, UT 84088
Telephone: (801) 699-1507
Paul@tsosie-law.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISANTOS JAVIER SOTELO-VALENCIA,<br><br>Defendant. | Case No 2:25-cr-00056-DS-1<br><br>**ORDER TO CONTINUE JURY TRIAL, EXTEND PLEA DEADLINE, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Judge David Sam |

The Court has reviewed Defendant Crisantos Javier Sotelo-Valencia's Stipulated Motion to Continue Jury Trial, Extend Plea Deadline, and Exclude Time Under the Speedy Trial Act, and the record in this matter. Being fully advised, the Court makes the following findings pursuant to 18 U.S.C. § 3161(h)(7)(A):

1. Defendant made his initial appearance on March 3, 2026. A three-day jury trial is currently scheduled for August 18, 2026.
2. As of the filing of Defendant's motion, approximately forty-nine (49) non-excludable days have elapsed under the Speedy Trial Act.
3. The parties are engaged in ongoing discussions regarding a potential resolution of this matter.

4. All substantive communications between Defendant and counsel require the use of an interpreter, which creates logistical challenges and delays in scheduling and completing meaningful consultations.
5. The need to coordinate interpreter services has impacted counsel's ability to review discovery with Defendant, discuss potential plea terms, and ensure Defendant fully understands the nature and consequences of any proposed resolution.
6. Additional time is necessary to allow counsel to overcome these communication barriers, complete discovery review, and meaningfully consult with Defendant regarding resolution or trial preparation.
7. The requested continuance of approximately ninety (90) days is reasonably related to the stated reasons for the continuance, as it will allow sufficient time for interpreter coordination, completion of discovery review, and resolution discussions.
8. The Government stipulates to the requested continuance.
9. Failure to grant a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).
10. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS HEREBY ORDERED:

1. Defendant's Stipulated Motion to Continue Jury Trial, Extend Plea Deadline, and Exclude Time Under the Speedy Trial Act is GRANTED.

2. The jury trial currently scheduled for August 18, 2026 is CONTINUED for approximately ninety (90) days to November 17, 2026.
3. The plea agreement deadline is EXTENDED to a date consistent with the new trial setting, or as otherwise ordered by the Court.
4. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between August 18, 2026 November 17, 2026is excluded for the Speedy Trial Act computation.

DATED this 5th day of August, 2026.

DAVID SAM
Senior Judge
United States District Court